

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2016

No. 04-16-00392-CV

**TEXAS OUTFITTERS LIMITED, LLC**,
Appellant

v.

Carolyn Grace **NICHOLSON**, William Luther Carter, Jr., and Dora Jo Carter, Individually and
as General Partner of Carter Ranch, Ltd.,
Appellees

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 11-06-00215-CVF
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file reply brief is hereby GRANTED.  Time is
extended to December 29, 2016.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 9th day of December, 2016.



_Keith E. Hottle_
Keith E. Hottle
Clerk of Court